STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

```
                    FILED
                 May 19 2021

                SUSAN Y. SOONG
          CLERK, U.S. DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS RICHARS,<br><br>    Defendant. | CASE NO. 3:21-cr-00206 CRB<br><br>VIOLATIONS:<br>18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography;<br><br>SAN FRANCISCO |

# I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(2) and (b) – Receipt of Child Pornography)

On or about April 17, 2018, in the Northern District of California, the defendant,

NICHOLAS RICHARS,

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce that has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

INFORMATION

1
2
3  DATED:                                              STEPHANIE M. HINDS
4                                                      Acting United States Attorney
5
6
                                                       */s/ Ankur Shingal*
7                                                      ANKUR SHINGAL
                                                       Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                    2