# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  December 14, 2021  　　　　　　Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 9 Minutes
Case No.: CR21-0206-1 CRB
Case Name:  USA v. Nicholas Richars

Attorney(s) for Government: Joseph Tartakovsky
Attorney(s) for Defendant(s): Candis Mitchell

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court.  Defendant plead guilty to Count 1 of the Information.  Sentencing hearing set for April 20, 2022 at 10:00 a.m.