GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Candis_Mitchell@fd.org

Counsel for Defendant Richars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–206 CRB (JSC) |
| Plaintiff, | **[Proposed] Joint Stipulated Order to Modify Conditions of Release** |
| v. | |
| **Nicholas Richars,** | |
| Defendant. | |

   Defendant Nicholas Richars was charged with a violation of 18 U.S.C. § 2252(a)(2) and (b)—Receipt of child pornography on April 21, 2021. Conditions of release were set the same day and Mr. Richars was ordered to remain in the custody of custodian Marrily Kay at her home address.

   On August 26, 2021, the parties appeared before the Court regarding compliance and modification of bond conditions. During that hearing, the Court encouraged Mr. Richars to submit leave to travel to visit his grandparents during the Thanksgiving, Christmas, and New Years holidays. In November 2021, the parties appeared before the

Court and bond was modified as below for the Thanksgiving holiday. Mr. Richars successfully complied with his conditions of release.

- On November 25, 2021, Mr. Richars is permitted to travel to his father's home in Hughson, California, and to a friend's house in Modesto, California and return home at 12:00 a.m. November 26, 2021;
- On November 26-29, 2021, Mr. Richars is permitted to travel to his grandparents' home in Davis, California, and stay overnight. He is permitted to abide by the conditions of his regular curfew at his grandparents' home, but otherwise should be with his custodian from November 26-29th;
- Mr. Richars must provide addresses of his father, his friends, and his grandparents to Pretrial Services prior to traveling to each residence; and,
- Mr. Richars' custodian is required to notify Pretrial Services should Mr. Richars fail to follow through with the conditions of his pretrial release.

With the upcoming Christmas holiday, Mr. Richars submits this proposed order for permission for the following modifications:

- On December 24-27, 2021, Mr. Richars is permitted to travel to his grandparents' home in Davis, California, and stay overnight. He is permitted to abide by the conditions of his regular curfew at his grandparents' home, but otherwise should be with his custodian from December 24-27th;
- On December 31, 2021, Mr. Richars is intending to work at his restaurant which will be open late for New Years Eve. Mr. Richars is requesting that he be permitted to return to his mother's residence on January 1, 2022, at 4:00 a.m. to accommodate his schedule to close the restaurant and necessary clean up afterwards;
- On January 1, 2022, Mr. Richars would like to go to a friend's house in Modesto, California for New Years Day dinner and return home at 12:00 a.m. January 2, 2022;
- Mr. Richars must notify the parents or guardians of any minor children present

at his friend's or grandparent's house of his status having plead guilty of the charged offense.
- Mr. Richars must provide addresses of his friends and his grandparents to Pretrial Services prior to traveling to each residence; and,
- Mr. Richars' custodian is required to notify Pretrial Services should Mr. Richars fail to follow through with the conditions of his pretrial release.

The government has no objection to this proposed modification. Pretrial Services opposes the modification for the same reasons voiced at the previous hearing before the Court—a concern for the safety of the community.

IT IS SO STIPULATED.

| December 20, 2021 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

          /S
ANKUR SHINGAL
Assistant United States Attorney

| December 20, 2021 | GEOFFREY HANSEN |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

          /S
CANDIS MITCHELL
Assistant Federal Public Defender

# Acknowledgement of Custodian

I, Marrily Kay, am the mother and custodian for Nicholas Richars. I consent to the bond modification indicated below and agree to notify Pretrial Services should Mr. Richars fails to follow through with his conditions of release:

- On December 24-27, 2021, Mr. Richars is permitted to travel to his grandparents' home in Davis, California, and stay overnight. He is permitted to abide by the conditions of his regular curfew at his grandparents' home, but otherwise should be with his custodian from December 24-27th;
- On December 31, 2021, Mr. Richars is intending to work at his restaurant which will be open late for New Years Eve. Mr. Richars is requesting that he be permitted to return to his mother's residence on January 1, 2022, at 4:00 a.m. to accommodate his schedule to close the restaurant and necessary clean up afterwards;
- On January 1, 2022, Mr. Richars would like to go to a friend's house in Modesto, California for New Years Day dinner and return home at 12:00 a.m. January 2, 2022;
- Mr. Richars must notify the parents or guardians of any minor children present at his friend's or grandparent's house of his status having plead guilty of the charged offense.
- Mr. Richars must provide addresses of his friends and his grandparents to Pretrial Services prior to traveling to each residence; and,
- Mr. Richars' custodian is required to notify Pretrial Services should Mr. Richars fail to follow through with the conditions of his pretrial release.

**Dated:**

**Marrily Kay**

# [Proposed] Order

Therefore, for good cause shown defendant Nicholas Richars is permitted to travel and stay with his grandparents with his custodian for the following dates:

- On December 24-27, 2021, Mr. Richars is permitted to travel to his grandparents' home in Davis, California, and stay overnight. He is permitted to abide by the conditions of his regular curfew at his grandparents' home, but otherwise should be with his custodian from December 24-27th;
- On December 31, 2021, Mr. Richars is intending to work at his restaurant which will be open late for New Years Eve. Mr. Richars is requesting that he be permitted to return to his mother's residence on January 1, 2022, at 4:00 a.m. to accommodate his schedule to close the restaurant and necessary clean up afterwards;
- On January 1, 2022, Mr. Richars would like to go to a friend's house in Modesto, California for New Years Day dinner and return home at 12:00 a.m. January 2, 2022;
- Mr. Richars must notify the parents or guardians of any minor children present at his friend's or grandparent's house of his status having plead guilty of the charged offense.
- Mr. Richars must provide addresses of his friends and his grandparents to Pretrial Services prior to traveling to each residence; and,
- Mr. Richars' custodian is required to notify Pretrial Services should Mr. Richars fail to follow through with the conditions of his pretrial release.

IT IS SO ORDERED.

Dated                 HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28