GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Richars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–206 CRB (JSC) |
| Plaintiff, | Custodian Acknowledgment of Bond Condition Modification |
| v. | |
| **Nicholas Richars,** | |
| Defendant. | |

## Acknowledgement of Custodian

I, Marrily Kay, am the mother and custodian for Nicholas Richars. I consent to the bond modification indicated below and agree to notify Pretrial Services should Mr. Richars fails to follow through with his conditions of release:

- On December 24-27, 2021, Mr. Richars is permitted to travel to his grandparents' home in Davis, California, and stay overnight. He is permitted to abide by the conditions of his regular curfew at his grandparents' home, but otherwise should be with his custodian from December 24-27th;

- On December 31, 2021, Mr. Richars is intending to work at his restaurant which will be open late for New Years Eve. Mr. Richars is requesting that he be permitted to return to his mother's residence on January 1, 2022, at 4:00 a.m. to accommodate his schedule to close the restaurant and necessary clean up afterwards;

- On January 1, 2022, Mr. Richars would like to go to a friend's house in Modesto, California for New Years Day dinner and return home at 12:00 a.m. January 2, 2022;

- Mr. Richars must notify the parents or guardians of any minor children present at his friend's or grandparent's house of his status having plead guilty of the charged offense.

- Mr. Richars must provide addresses of his friends and his grandparents to Pretrial Services prior to traveling to each residence; and,

- Mr. Richars' custodian is required to notify Pretrial Services should Mr. Richars fail to follow through with the conditions of his pretrial release.

Dated: 12/20/21         _____
                         **Marrily Kay**