STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHARLES BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-415-436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3: 21-cr-00206-CRB |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| NICHOLAS RICHARS, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Charles F. Bisesto appears in this matter in substitution of AUSA Ankur Shingal. Future ECF notices should be sent to Assistant United States Attorney Bisesto with the following contact information: Charles Bisesto, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102-3495; email: Charles.Bisesto@usdoj.gov. AUSA Ankur Shingal should be removed from the list of persons to be noticed..

//

//

//

| | | |
|---|---|---|
| 1 | DATED: April 7, 2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | United States Attorney |

                                         */s/ Charles Bisesto*
                                         CHARLES F. BISESTO
                                         Assistant United States Attorney