# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED Criminal Minutes

Date:  July 29, 2022                    Judge:  Honorable Charles R. Breyer

Court Reporter: Raynee Mercado
Time: 30 Minutes
Case No.: CR21-0206-1 CRB
Case Name:  USA v. Nicholas Richars (Present) (NC)

Attorney(s) for Government: Christa Hall
Attorney(s) for Defendant(s): Candis Mitchell
Interpreter: N/A
Probation Officer: Katrina Chu

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held.  Due to Covid19 pandemic, all parties consent to proceed by video conference. The Court sentenced the defendant to the Bureau of Prisons to a term of 63 months. Defendant placed on supervised release for a term of 5 years under the standard and special conditions. Defendant shall pay a special assessment of $100.  Defendant shall pay restitution in the amount of $5,000. Defendant shall pay a JVTA assessment of $5,000. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Defendant shall self-surrender to the designated facility by no later than January 10, 2023.  Refer to Judgment for additional information.